FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Apr 14, 2022
Tammy H. Downs, Clerk
By: Lorna Jones D.C.
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEAL** |
| | § | |
| v. | § | No. 4:21-CR-300 |
| | § | Judge Jordan |
| COREY BOUCHEA GRANT (1) | § | |
| JOHN DAVID HARTUNG (2) | § | |
| MATTHEW CURTIS ANDERSON (3) | § | |
| THOMAS ALLEN MARTIN (4) | § | |
| SYDNEY MICHELLE SISK (5) | § | |
| TYLER JOSEPH GATTEN (6) | § | |
|   a.k.a. "Chains" | § | |
| MEREDITH STOTSKY (7) | § | |
| TYLER ALLEN STOTSKY (8) | § | |
| MARIA EUGENIA MACIAS (9) | § | |
| PRENTISS LAVALE MULLINS (10) | § | |
|   a.k.a. "P-Money" | § | |
| CALVIN AUTAE THOMPSON (11) | § | |
|   a.k.a. "C-Mo" | § | |
| ZACHERY XAVIER WILLIAMS (12) | § | |
|   a.k.a. "Netta" | § | |
| KIRK DOUGLAS WARREN (13) | § | |
|   a.k.a. "Shay" | § | |
| EBONY NICOLE FRANK (14) | § | |
| MATTHEW VERNON LOUDEN (15) | § | |
|   a.k.a. "MT" | § | |
| CHARLES JASON MORSE (16) | § | |
|   a.k.a. "Red Beard: | § | |
| CHRISTIAN EDWARD OLSEN (17) | § | |
|   a.k.a. "Grave Digger" | § | |
| YESHMEL JAMES WRIGHT (18) | § | |
| FREDERICK VILLA (19) | § | |
| MARK ANTHONY JACKSON (20) | § | |
|   a.k.a. "Chopper" | § | |
| JASMINE ARNETTA PLEASANT (21) | § | |
| MICHAEL ROBINSON (22) | § | |
|   a.k.a. "Mikey" | § | |
| COLLIN PIERSON NICODEMUS (23) | § | |
| COURTNEY MARIE FORD (24) | § | |
|   a.k.a. "Trap Queen" | § | |



FILED
MAR 10 2022
Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| PABLO ZAVALA (25) | § |
| CHANCELLOR MARTIN RAMSEY (26) | § |
|   a.k.a. "Chance" | § |
| SAVANNAH ASHLYN TURCIC (27) | § |
| DANIEL TOMAS REYNA (28) | § |
| DILLON HARRISON HENSELL (29) | § |
| JOSHUA KYLE MCCLURG (30) | § |
| NATHAN EDWARD MILBERY (31) | § |
| KENNETH ROBERT SHORTES (32) | § |
| CHARLES HOWARD ELDERS (33) | § |
| SARAH JO FISH (34) | § |
|   a.k.a. "Gypsy" | § |
| ANGELO VALENTINO BRITO (35) | § |
|   a.k.a. "Dawgazz Tino" | § |
| ADAN MENDOZA (36) | § |

## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

<u>Violation</u>: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Manufacture, Distribute and Dispense Heroin and Methamphetamine)

That from sometime in or about January 2019, and continuously thereafter up to and including December 9, 2021, in the Eastern District of Texas and elsewhere,

**Corey Bouchea Grant**
**John David Hartung**
**Matthew Curtis Anderson**
**Thomas Allen Martin**
**Sydney Michelle Sisk**
**Tyler Joseph Gatten, a.k.a. "Chains"**
**Meredith Stotsky**
**Tyler Allen Stotsky**
**Maria Eugenia Macias**
**Prentiss Lavale Mullins, a.k.a "P-Money"**

**Calvin Autae Thompson, a.k.a. "C-Mo"**
**Zachery Xavier Williams, a.k.a. "Netta"**
**Kirk Douglas Warren, a.k.a. "Shay"**
**Ebony Nicole Frank**
**Matthew Vernon Louden, a.k.a. "MT"**
**Charles Jason Morse, a.k.a. "Red Beard"**
**Christian Edward Olsen, a.k.a. "Grave Digger"**
**Yeshmel James Wright**
**Frederick Villa**
**Mark Anthony Jackson, a.k.a. "Chopper"**
**Jasmine Arnetta Pleasant**
**Michael Robinson, a.k.a. "Mikey"**
**Collin Pierson Nicodemus**
**Courtney Marie Ford, a.k.a. "Trap Queen"**
**Pablo Zavala**
**Chancellor Martin Ramsey, a.k.a. "Chance"**
**Savannah Ashlyn Turcic**
**Daniel Tomas Reyna**
**Dillon Harrison Hensell**
**Joshua Kyle McClurg**
**Nathan Edward Milbery**
**Kenneth Robert Shortes**
**Sarah Jo Fish, a.k.a. "Gypsy"**
**Angelo Valentino Brito, a.k.a. "Dawgazz Tino"**
**Adan Mendoza**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture, distribute and dispense one (1) kilogram or more of a mixture containing a detectable amount of heroin; 50 grams or more of methamphetamine (actual) or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a violation of 21 U.S.C. § 841(a)(1).

**Death Resulting from the Conspiracy to Distribute and Dispense Heroin**

On or about October 29, 2021, heroin was distributed and dispensed to MG resulting in death.

All in violation of 21 U.S.C. §§ 841, 842, and 846.

### Count Two

Violation: 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 8, 2021, within the Northern District of Texas, **Corey Bouchea Grant**, defendant, did knowingly possess a firearm, namely a KEL-TEC P3AT .380ACP pistol, Serial Number JOU53, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense heroin and methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Three

Violation: 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 5, 2021, within the Eastern District of Texas, **Matthew Curtis Anderson**, defendant, did knowingly possess a firearm, namely a Taurus G2 9mm pistol, Serial Number TIY64803, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense heroin and methamphetamine.

In violation of 18 U.S.C. § 924(c).

## Count Four

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime)

On or about November 24, 2021, within the Eastern District of Texas, **Thomas Allen Martin**, defendant, did knowingly possess a firearm, namely a Jimenez Arms 9mm pistol with the serial number filed off, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense heroin and methamphetamine.

In violation of 18 U.S.C. § 924(c).

## Count Five

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime)

On or about March 11, 2021, within the Eastern District of Texas, **Tyler Joseph Gatten**, defendant, did knowingly possess a firearm, namely a Taurus 9mm pistol, Serial Number ABK045114, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense heroin and methamphetamine.

In violation of 18 U.S.C. § 924(c).

## Count Six

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime)

On or about March 11, 2021, within the Eastern District of Texas, **Tyler Joseph Gatten**, defendant, did knowingly possess a firearm, namely an American Tactical .45ACP pistol, Serial Number TB101222, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense heroin and methamphetamine.

In violation of 18 U.S.C. § 924(c).

## Count Seven

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime)

On or about January 14, 2021, within the Eastern District of Texas, **Jasmine Arnetta Pleasant**, defendant, did knowingly possess a firearm, namely a Ruger LCP II .22LR pistol, Serial Number 380560514, in furtherance of a drug trafficking crime for which she may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense a controlled substance.

In violation of 18 U.S.C. § 924(c).

### Count Eight

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime)

On or about December 23, 2020, within the Western District of Tennessee, **Tyler Allen Stotsky**, defendant, did knowingly possess firearms, namely a Fabrique National model 509 pistol, Serial Number GKS0005965, Springfield Armory model Hellcat pistol, Serial Number AT263307, Ruger model M77 rifle, Serial Number 712-50674, Sig Sauer model 716 G2 rifle, Serial Number 22P072270, Ruger model Ruger Precision Rifle, Serial Number 1801-11862, all in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture, distribute and dispense a controlled substance.

All in violation of 18 U.S.C. § 924(c).

### Count Nine

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the
Intent to Manufacture, Distribute
and Dispense Controlled
Substances)

That from sometime in or about May 2020, and continuously thereafter up to and including January 14, 2022, in the Eastern District of Texas and elsewhere,

**Tyler Joseph Gatten, a.k.a. "Chains"**
**Meredith Stotsky**
**Tyler Allen Stotsky**
**Matthew Vernon Louden, a.k.a. "MT"**
**Charles Jason Morse, a.k.a. "Red Beard"**
**Christian Edward Olsen, a.k.a. "Grave Digger"**
**Yeshmel James Wright**

Frederick Villa
Mark Anthony Jackson, a.k.a. "Chopper"
Jasmine Arnetta Pleasant
Charles Howard Elders

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture, distribute, and dispense mixtures or substances containing detectable amounts of a Schedule 1 controlled substance, to wit: ADB-BUTINACA, MDMB-4en-PINACA, and 4F-MDMB-BUTICA, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c); knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

All in violation of 21 U.S.C. §§ 841 and 846.

### Count Ten

<u>Violation</u>: 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering in Violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i).)

That from sometime in or about January 2019, and continuously thereafter up to and including January 14, 2022,

Corey Bouchea Grant
John David Hartung
Matthew Curtis Anderson
Tyler Joseph Gatten, a.k.a. "Chains"
Meredith Stotsky
Tyler Allen Stotsky
Maria Eugenia Macias
Calvin Autae Thompson, a.k.a. "C-Mo"
Zachery Xavier Williams, a.k.a. "Netta"
Kirk Douglas Warren, a.k.a. "Shay"

Matthew Vernon Louden, a.k.a. "MT"
Charles Jason Morse, a.k.a. "Red Beard"
Christian Edward Olsen, a.k.a. "Grave Digger"
Collin Pierson Nicodemus
Chancellor Martin Ramsey, a.k.a. "Chance"
Savannah Ashlyn Turcic
Daniel Tomas Reyna
Dillon Harrison Hensell
Joshua Kyle McClurg
Nathan Edward Milbery
Angelo Valentino Brito, a.k.a. "Dawgazz Tino"

defendants, did knowingly combine, conspire, and agree together and with each other and with other persons known and unknown to the grand jury to conduct or attempt to conduct financial transactions:

  1. knowing that the property involved in a financial transaction(s) represented the proceeds of some form of unlawful activity, conducted or attempted to conduct a financial transaction which in fact involved the proceeds of a specified unlawful activity, conspiracy or distribution or possession with the intent to distribute a controlled substance(s) with the intent to promote the carrying on a specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i);

  2. knowing that the property involved in a financial transaction or transactions represented the proceeds of some form of unlawful activity, conducted or attempted to conduct a financial transaction which in fact involved the proceeds of a specified unlawful activity, conspiracy or distribution or possession with the intent to distribute a controlled substance(s) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of that specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i);

Case 4:22-cr-00087-JSW Document 1 Filed 04/14/22 Page 10 of 15
Case 4:22-mj-00087-JSW Document 1 Filed 04/14/22 Page 10 of 17
PageID #: 841

3. promoting the carrying on of a specified unlawful activity; or, to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity, conduct or attempt to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity; that is, conspiracy or distribution or possession with the intent to distribute a controlled substance(s), or property used to conduct or facilitate specified unlawful activity in violation of 18 U.S.C. § 1956(a)(3);

4. involving criminally derived property of a value greater than $10,000 that is derived from a specified unlawful activity; that is, conspiracy or distribution or possession with the intent to distribute a controlled substance(s) in violation of 18 U.S.C. § 1957.

All in violation of 18 U.S.C. § 1956(h).

## Count Eleven

Violation: 49 U.S.C. §§ 46306(b)(6) and (c)(2) (Operating an Aircraft Eligible for Registration Knowing that the Aircraft is not Registered to Facilitate a Controlled Substance Offense)

That from sometime in or about May 2020 and continuously thereafter up to and including January 17, 2021, **Charles Howard Elders,** defendant, did knowingly and willfully operate and attempt to operate an aircraft eligible for registration by the Federal Aviation Administration under Title 49 of the United States Code, knowing that the aircraft was not registered and said operation related to the facilitating of a controlled

substance offense punishable by more than one year imprisonment, to wit: Possession with Intent to Distribute a controlled substance as described in Count Nine of this indictment in violation of 49 U.S.C. §§ 46306(b)(6) and (c)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 982 and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

KEL-TEC P3AT .380ACP pistol, Serial Number JOU53, seized from **Corey Bouchea Grant.**

Taurus G2 9mm pistol, Serial Number TIY64803, seized from **Matthew Curtis Anderson.**

Jimenez Arms 9mm pistol with the Serial Number Filed off seized from **Thomas Allen Martin.**

Taurus 9mm pistol, Serial Number ABK045114, seized from **Tyler Joseph Gatten.**

American Tactical .45ACP pistol, Serial Number TB101222, seized from **Tyler Joseph Gatten.**

Ruger LCP II .22LR pistol, Serial Number 380560514, seized from **Jasmine Arnetta Pleasant.**

$4,225 in U.S. Currency seized from **Zachery Xavier Williams.**

Fabrique National model 509 pistol, Serial Number GKS0005965, seized from **Tyler Allen Stotsky.**

Springfield Armory model Hellcat pistol, Serial Number AT263307, seized from **Tyler Allen Stotsky.**

Ruger model M77 rifle, Serial Number 712-50674, seized from **Tyler Allen Stotsky.**

Sig Sauer model 716 G2 rifle, Serial Number 22P072270, seized from **Tyler Allen Stotsky.**

Ruger model Ruger Precision Rifle, Serial Number 1801-11862, seized from **Tyler Allen Stotsky.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
HEATHER RATTAN
Assistant United States Attorney

3.10.22
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:21-CR-300 |
| | § | Judge Jordan |
| COREY BOUCHEA GRANT (1) | § | |
| JOHN DAVID HARTUNG (2) | § | |
| MATTHEW CURTIS ANDERSON (3) | § | |
| THOMAS ALLEN MARTIN (4) | § | |
| SYDNEY MICHELLE SISK (5) | § | |
| TYLER JOSEPH GATTEN (6) | § | |
|   a.k.a. "Chains" | § | |
| MEREDITH STOTSKY (7) | § | |
| TYLER ALLEN STOTSKY (8) | § | |
| MARIA EUGENIA MACIAS (9) | § | |
| PRENTISS LAVALE MULLINS (10) | § | |
|   a.k.a. "P-Money" | § | |
| CALVIN AUTAE THOMPSON (11) | § | |
|   a.k.a. "C-Mo" | § | |
| ZACHERY XAVIER WILLIAMS (12) | § | |
|   a.k.a. "Netta" | § | |
| KIRK DOUGLAS WARREN (13) | § | |
|   a.k.a. "Shay" | § | |
| EBONY NICOLE FRANK (14) | § | |
| MATTHEW VERNON LOUDEN (15) | § | |
|   a.k.a. "MT" | § | |
| CHARLES JASON MORSE (16) | § | |
|   a.k.a. "Red Beard: | § | |
| CHRISTIAN EDWARD OLSEN (17) | § | |
|   a.k.a. "Grave Digger" | § | |
| YESHMEL JAMES WRIGHT (18) | § | |
| FREDERICK VILLA (19) | § | |
| MARK ANTHONY JACKSON (20) | § | |
|   a.k.a. "Chopper" | § | |
| JASMINE ARNETTA PLEASANT (21) | § | |
| MICHAEL ROBINSON (22) | § | |
|   a.k.a. "Mikey" | § | |
| COLLIN PIERSON NICODEMUS (23) | § | |
| COURTNEY MARIE FORD (24) | § | |
|   a.k.a. "Trap Queen" | § | |

| | |
|---|---|
| PABLO ZAVALA (25) | § |
| CHANCELLOR MARTIN RAMSEY (26) | § |
|   a.k.a. "Chance" | § |
| SAVANNAH ASHLYN TURCIC (27) | § |
| DANIEL TOMAS REYNA (28) | § |
| DILLON HARRISON HENSELL (29) | § |
| JOSHUA KYLE MCCLURG (30) | § |
| NATHAN EDWARD MILBERY (31) | § |
| KENNETH ROBERT SHORTES (32) | § |
| CHARLES HOWARD ELDERS (33) | § |
| SARAH JO FISH (34) | § |
|   a.k.a. "Gypsy" | § |
| ANGELO VALENTINO BRITO (35) | § |
|   a.k.a. "Dawgazz Tino" | § |
| ADAN MENDOZA (36) | § |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846

Penalty:    If one (1) kilogram or more of a mixture containing a detectable amount of heroin; if 50 grams or more of methamphetamine (actual) or if 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; not less than 10 years and not more than life imprisonment and if death or serious bodily injury results from the use of such substance shall be not less than 20 years or more than life, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

### Counts Two - Eight

Violation:    18 U.S.C. § 924(c)

Penalty:    Imprisonment for not more than five years to be served consecutive with any other term; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

Special Assessment: $100.00

Case 4:22-cr-00087-JSW Document 1 Filed 04/14/22 Page 15 of 17
Case 4:22-mj-00087-DVA Document 1 Filed 04/14/22 Page 15 of 15
PageID #: 846

### Count Nine

Violation: 21 U.S.C. § 846

Penalty: Not more than 20 years imprisonment; a fine not to exceed $1 million, or both; a term of supervised release of at least 3 years.

If after a prior conviction for a felony drug offense has become final, a term of imprisonment not more than 30 years, a fine not to exceed $2 million, or both; a term of supervised release of at least 6 years.

Special Assessment: $100.00

### Count Ten

Violation: 18 U.S.C. § 1956(h)

Penalty: Not more than 20 years imprisonment; a fine not to exceed $500,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years if the conspiracy is to violate 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i);

Not more than 10 years imprisonment; a fine not to exceed $250,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years if the conspiracy is to violate 18 U.S.C. § 1957.

Special Assessment: $100.00

### Count Eleven

Violation: 49 U.S.C. §§ 46306(b)(6) and (c)(2)

Penalty: Not more than 5 years imprisonment; a fine not to exceed $250,000, or both; and a term for supervised release of at least 2 years.

Special Assessment: $100.00

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
| v. | ) |
| TYLER ALLEN STOTSKY (8) | ) Case No. 4:21-cr-00300-SDJ-KPJ |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TYLER ALLEN STOTSKY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - Conspiracy to Possess with the Intent to Manufacture, Distribute and the Distribution of Methamphetamine
21 U.S.C. 846 - Conspiracy to Possess with the Intent to Manufacture, Distribute and the Distribution of Synthetic Cannabinoids
18 U.S.C. 1956(h) - Conspiracy to Commit Money Laundering

Date: 03/10/2022

*David A. O'Toole*
*Issuing officer's signature*

City and state: Sherman, Texas

David A. O'Toole, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____